UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Paul B. Hornik, individually
and as Trustee; and Paul B. Hornik
Living Trust Dated October 18, 2001
(the "Hornik Trust"),

    Plaintiffs,

Case No. 2:16-cv-13967
Hon. Paul D. Borman
Magistrate Judge David R. Grand

v.

James R. Iaquinto, individually and as Trustee;
James R. Iaquinto Trust under Agreement
Dated August 21, 2008, as Amended and/or
Restated (the "J. Iaquinto Trust");
Michael C. Iaquinto;
Patrick L. Iaquinto and Laura A. Iaquinto, individually
 and as Trustees; Revocable Trust Agreement Dated
January 8, 2000 (the "P. Iaquinto Trust");
and Midwest Glass Fabricators, Inc.,
a Michigan Corporation, Jointly and severally,

    Defendants.
_____/

## **STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff and Defendants, by and through their undersigned counsel, having stipulated to the dismissal without prejudice of the above-captioned cause of action, the Court having reviewed the parties' stipulation and being otherwise fully advised:

IT IS HEREBY ORDERED that the above-captioned cause of action is hereby dismissed, without prejudice, in its entirety and without costs or expenses, including attorney fees, awarded to any party.

IT IS FURTHER ORDERED that this Court retains jurisdiction to enforce the terms of the Settlement Agreement and Release between the parties dated May 26, 2017.

IT IS FURTHER ORDERED that Plaintiff may file a notice with this Court that the Defendant has fully satisfied his obligations pursuant to the Settlement Agreement and Release between the parties dated May 26, 2017.  Upon the filing of such notice, and without further order of this Court, the dismissal of this case will be deemed to be with prejudice and without costs.

**THIS IS A FINAL ORDER AND CLOSES THE CASE.**

Dated: June 2, 2017

s/Paul D. Borman
Paul D. Borman
United States District Judge

2

Approved as to form and content:

| | |
|---|---|
| /s/ Kathryn Regan Eisenstein | /s/ Thomas M. Dixon (w/consent) |
| **MANTESE HONIGMAN P.C.** | **CLARK HILL PLC** |
| Gerard V. Mantese (P34424) | Thomas M. Dixon (P41870) |
| gmantese@manteselaw.com | tdixon@clarkhill.com |
| Kathryn Regan Eisenstein (P66371) | Paul E. Scheidemantel (P40593) |
| keisenstein@manteselaw.com | pscheidemantel@clarkhill.com |
| 1361 E. Big Beaver Road | 500 Woodward Avenue, Suite 3500 |
| Troy, Michigan 48083 | Detroit, Michigan 48226 |
| (248) 457-9200 | (313) 965-8300 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 2, 2017.

s/D. Tofil<br>
Deborah Tofil, Case Manager